```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**ANITA R. MITCHELL**                                                      **PLAINTIFF**

      v.         Civil No. 07-3005

**JAMES O. FRIEND**                                                        **DEFENDANT**

### O R D E R

Now on this 18th day of April, 2007, comes on for consideration plaintiff's **Motion For Substitution Of Party Defendant** (document #7), which the Court will treat as a motion to amend. Being well and sufficiently advised, the Court finds that said motion should be, and same hereby is, **granted**, and plaintiff is granted leave to file an Amended Complaint naming James D. Friend as a party defendant.

    **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**